# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

KRYSTEL STONE,

    Plaintiff,

vs.

EQUIFAX, INC.; CAPITAL ONE, N.A., and DOES 1 through 100 inclusive,

    Defendants.

Case No. 2:18-cv-00182-TLN-AC
*Assigned to Troy L. Nunley*
*Referred to Magistrate Judge Allison Claire*

**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT**

Initial Resp. Date: February 20, 2018
Current Resp. Date: March 20, 2018
New Resp. Date: April 3, 2018

Complaint Filed: January 26, 2018
Trial Date: TBD

# ORDER

Based upon the Parties' stipulation, and good cause appearing therefor, defendant Capital One, N.A. has until April 3, 2018 to file and serve a response to the Complaint filed by plaintiff Krystel Stone.

**IT IS SO ORDERED.**

Dated: March 16, 2018

_____
Troy L. Nunley
United States District Judge